PHILIP MOSER, Plaintiff in Error, *v.* JACOB MATT *et al.*, Defendants in Error.

### ERROR TO THE SUPERIOR COURT OF CHICAGO.

In order to enforce a mechanics' lien, there must be a definite time fixed for the completion of the work.

THIS is a case of a mechanics' lien. There was a demurrer to the bill, because it did not allege that any specific time was agreed upon, when the contract was made, within which the work provided for therein was to be completed.

The demurrer was sustained in the court below, and the plaintiff in that court brings the case to this.

M. W. FULLER, for Plaintiff in Error.

E. F. RUNYON, for Defendants in Error.

BREESE, J. We see nothing in this case to take it out of the cases heretofore decided by this court. It is essential, a definite

time shall be alleged for the completion of the work. We cannot imply a time. We adhere to the opinions and rulings in *Cook* v. *Heald*, 21 Ill. R. 425; *Same* v. *Vreeland*, ib. 431; *Cook* v. *Rofinot*, ib. 437; *Senior* v. *Brebnor*, 22 Ill. R. 252; *Mc Clurken et al.* v. *Logan et al.*, 23 ib. 79. We can see no difference in principle between the cases, and deem it useless to go again into the argument.

The judgment of the court below is affirmed.

*Judgment affirmed.*